**FILED**
CLERK, U.S. DISTRICT COURT

JUL 14, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Juan Moreno,

    Plaintiff,

v.

K. V. Mart Co., a California Corporation; and Does 1-10,

    Defendants.

Case: 2:14-CV-03043-SVW-PLA

**NOTICE OF DISMISSAL & ORDER THEREON**

JS-6

### ORDER

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated: July 14, 2014

*[signature]*

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE